IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| CURT SIMPSON,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>CHAFFEE LEGACY, LLC, and OLE'S COUNTRY STORES, INC., d/b/a OLE'S COUNTRY STORE #2,<br><br>　　　　　　Defendants. | CV 19–192–M–DLC<br><br>ORDER |

　　　Pursuant to the Joint Stipulation of Dismissal of All Claims with Prejudice (Doc. 10),

　　　IT IS ORDERED that this action is DISMISSED WITH PREJUDICE, the parties to bear their own costs and attorneys' fees.  All deadlines are VACATED and any pending motions are DENIED as moot.  The preliminary pretrial conference set for May 5, 2020, is VACATED.

　　　DATED this 27th day of April, 2020.

_____
Dana L. Christensen, District Judge
United States District Court